UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KEYBANK, N.A., | ) | |
| | ) | CASE NO. C09-0849-RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| BINGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

By Minute Order dated June 28, 2010, the Court ordered defendants to submit documents withheld on grounds of privilege for an *in camera* inspection. (Dkt. 97.) Defendants were directed to provide the documents to the Court for its review within seven (7) days of the Order. To date, the Court has not received the documents in question. Accordingly, defendants are hereby ordered to SHOW CAUSE no later than **Friday, July 23, 2010**, why they should not be held in contempt of court.

/ / /

/ / /

/ / /

ORDER TO SHOW CAUSE
PAGE -1

<hr />

01   The Clerk is directed to send a copy of this Order to the parties and to the Honorable

02 Ricardo S. Martinez.

03   DATED this 16th day of July, 2010.

  
     *[signature]*
     Mary Alice Theiler
     United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2